TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

HAYLEY A. CARPENTER (CA Bar. No. 312611)
KRYSTAL-ROSE PEREZ (TX Bar No. 24105931)
Trial Attorneys
Natural Resources Section
150 M Street NE
Washington, DC  20002
(202) 305-0242 (Carpenter)
(202) 305-0486 (Perez)
hayley.carpenter@usdoj.gov
krystal-rose.perez@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS**, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 6:21-cv-01227-MC |
| **DAVID WARNACK**, *et al.*, | |
| Defendants. | **JOINT STIPULATION OF DISMISSAL** |
| **FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS**, | |
| Consolidated Plaintiff, | |
| v. | Case No. 6:21-cv-1228-MC |
| **DAVID WARNACK**, *et al.*, | |

On January 11, 2022, the United States Forest Service issued a memorandum withdrawing the Decision Memo for the Willamette 2020 Fires Roadside Danger Tree Reduction Project, which Plaintiffs and Consolidated Plaintiff challenge under the National Environmental Policy Act and the National Forest Management Act in these consolidated cases.  *See* Defs.' Notice of Withdrawal of Decision, ECF No. 37; Compl. ¶ 1, ECF No. 1.  As noted in Defendants' Notice of Withdrawal of Decision, ECF No. 37, all parties agree that these consolidated cases are now moot because of the withdrawal of the Project.

Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismissing the above-captioned cases without prejudice.

Respectfully submitted this 15th day of January, 2022.

*/s/ Oliver J. H. Stiefel* (*with permission*)
Oliver J. H. Stiefel, OSB # 135436
(503) 227-2212 │ oliver@crag.org
Meriel L. Darzen, OSB # 113645
(503) 525-2725 │ meriel@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, Oregon 97214
Fax: (503) 296-5454

*Attorneys for Cascadia Plaintiffs*

*/s/ Timothy M. Bechtold* (*with permission*)
Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807-7051
406-721-1435
tim@bechtoldlaw.net

B. Parker Jones (OSB #191163)
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence St.
Eugene, OR 97401
541-344-3505
parker@tebbuttlaw.com

*Attorneys for FSEEE Consolidated Plaintiff*

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Hayley A. Carpenter*
HAYLEY A. CARPENTER
KRYSTAL-ROSE PEREZ
Trial Attorneys
Natural Resources Section
150 M Street NE
Washington, DC  20002
(202) 305-0242 (Carpenter)
(202) 305-0486 (Perez)
hayley.carpenter@usdoj.gov
krystal-rose.perez@usdoj.gov

*Attorneys for Defendants*