# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 6:21-cv-01227-MC |
| **DAVID WARNACK**, *et al.*, | ) |
| Defendants. | ) |
| | ) **[PROPOSED] ORDER APPROVING STIPULATION OF DISMISSAL** |
| **FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS**, | ) |
| Consolidated Plaintiff, | ) |
| v. | ) Case No. 6:21-cv-1228-MC |
| **DAVID WARNACK**, *et al.*, | ) |
| Defendants. | ) |

Plaintiffs, Consolidated Plaintiff, and Defendants have filed a Stipulation of Dismissal in the above-captioned consolidated actions. Having reviewed and considered the Stipulation, and good cause appearing, the Court concludes that entering an order approving the Stipulation is appropriate.

Accordingly,

IT IS ORDERED that the Parties' Stipulation of Dismissal of these consolidated cases is approved.

IT IS FURTHER ORDERED that this action is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED.

Dated: _____                              _____
                                                     The Honorable Michael J. McShane
                                                     UNITED STATES DISTRICT JUDGE

Submitted by:       HAYLEY A. CARPENTER (CA Bar. No. 312611)
                    KRYSTAL-ROSE PEREZ (TX Bar No. 24105931)
                    Trial Attorneys
                    Natural Resources Section
                    150 M Street NE
                    Washington, DC  20002
                    (202) 305-0242 (Carpenter)
                    (202) 305-0486 (Perez)
                    hayley.carpenter@usdoj.gov
                    krystal-rose.perez@usdoj.gov

                    *Attorneys for Defendants*

Stipulated to by:   Oliver J. H. Stiefel, OSB # 135436
                    (503) 227-2212 │ oliver@crag.org
                    Meriel L. Darzen, OSB # 113645
                    (503) 525-2725 │ meriel@crag.org
                    CRAG LAW CENTER
                    3141 E. Burnside St.
                    Portland, Oregon 97214
                    Fax: (503) 296-5454

                    *Attorneys for Plaintiffs*

                    Timothy M. Bechtold
                    BECHTOLD LAW FIRM, PLLC
                    P.O. Box 7051
                    Missoula, MT 59807-7051
                    406-721-1435
                    tim@bechtoldlaw.net

                    B. Parker Jones (OSB #191163)
                    Law Offices of Charles M. Tebbutt, P.C.
                    941 Lawrence St.
                    Eugene, OR 97401
                    541-344-3505
                    parker@tebbuttlaw.com

                    *Attorneys for Consolidated Plaintiff*