UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DAVID WARNACK**, *et al.*, <br><br> Defendants. | Case No. 6:21-cv-01227-MC <br><br><br><br> **<u>ORDER APPROVING<br>STIPULATION OF DISMISSAL</u>** |
| **FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS**, <br><br> Consolidated Plaintiff, <br><br> v. <br><br> **DAVID WARNACK**, *et al.*, <br><br> Defendants. | Case No. 6:21-cv-1228-MC |

Plaintiffs, Consolidated Plaintiff, and Defendants have filed a Stipulation of Dismissal in the above-captioned consolidated actions. Having reviewed and considered the Stipulation, and good cause appearing, the Court concludes that entering an order approving the Stipulation is appropriate.

Accordingly,

IT IS ORDERED that the Parties' Stipulation of Dismissal of these consolidated cases is approved.

IT IS FURTHER ORDERED that this action is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED.

Dated: 1/25/2022                                   s/Michael J. McShane
                                                   The Honorable Michael J. McShane
                                                   UNITED STATES DISTRICT JUDGE

Submitted by:      HAYLEY A. CARPENTER (CA Bar. No. 312611)
                   KRYSTAL-ROSE PEREZ (TX Bar No. 24105931)
                   Trial Attorneys
                   Natural Resources Section
                   150 M Street NE
                   Washington, DC  20002
                   (202) 305-0242 (Carpenter)
                   (202) 305-0486 (Perez)
                   hayley.carpenter@usdoj.gov
                   krystal-rose.perez@usdoj.gov

                   *Attorneys for Defendants*

Stipulated to by:  Oliver J. H. Stiefel, OSB # 135436
                   (503) 227-2212 │ oliver@crag.org
                   Meriel L. Darzen, OSB # 113645
                   (503) 525-2725 │ meriel@crag.org
                   CRAG LAW CENTER
                   3141 E. Burnside St.
                   Portland, Oregon 97214
                   Fax: (503) 296-5454

                   *Attorneys for Plaintiffs*

                   Timothy M. Bechtold
                   BECHTOLD LAW FIRM, PLLC
                   P.O. Box 7051
                   Missoula, MT 59807-7051
                   406-721-1435
                   tim@bechtoldlaw.net

                   B. Parker Jones (OSB #191163)
                   Law Offices of Charles M. Tebbutt, P.C.
                   941 Lawrence St.
                   Eugene, OR 97401
                   541-344-3505
                   parker@tebbuttlaw.com

                   *Attorneys for Consolidated Plaintiff*