Oliver J. H. Stiefel, OSB # 135436
(503) 227-2212 │ oliver@crag.org
Meriel L. Darzen, OSB # 113645
(503) 525-2725 │ meriel@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, Oregon 97214
Fax: (503) 296-5454

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS**, an Oregon non-profit corporation; **OREGON WILD**, an Oregon non-profit corporation; and **WILLAMETTE RIVERKEEPER**, an Oregon non-profit corporation;<br><br>Plaintiffs,<br><br>v.<br><br>**DAVID WARNACK**, in his official capacity as Willamette National Forest Supervisor; and the **UNITED STATES FOREST SERVICE**,<br><br>Defendants. | Case No. 6:21-cv-01227-MC<br><br>**WITHDRAWAL OF MOTION FOR AWARD OF ATTORNEYS' FEES AND OTHER EXPENSES** |

Plaintiffs Cascadia Wildlands, Oregon Wild, and Willamette Riverkeeper ("Cascadia") hereby respectfully withdraws the bill of costs, ECF41, and motion for an award of attorneys' fees and other expenses, ECF43. The Parties have now settled the matter of fees and costs.

DATED this 13th day of June, 2022.

Respectfully submitted,

s/ Oliver J. H. Stiefel
Oliver J. H. Stiefel, OSB # 135436
(503) 227-2212 | oliver@crag.org
Meriel L. Darzen, OSB # 113645
(503) 525-2725 | meriel@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, Oregon 97214
Fax: (503) 296-5454

*Attorneys for Plaintiffs*